**\*E-FILED 7/6/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER T. AGHA, | No. C 07-01800 RS |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| OLIVER JACOBS, M.D., et al. | |
| Defendants. | |

The above-entitled case is scheduled for a Case Management Conference on July 11, 2007 at 2:30 p.m. Pursuant to the Order Setting Initial Case Management Conference, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference. No Case Management Statement has been filed. Therefore, the Court continues the case management conference to **August 1, 2007 at 2:30 p.m.**

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **July 25, 2007;** other deadlines set in the Order Setting Initial Case Management Conference are continued accordingly.

IT IS SO ORDERED.

Dated: 7/6/07

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

2  Robert E. Rosenthal, Esq.
   Bohnen Rosenthal & Dusenbury
3  787 Munras Avenue, Second Floor
   PO Box 1111
4  Monterey, CA 93942-1111

5

6  Dated: 7/6/07

7

8                                          /s/ BAK
                                    Chambers of Magistrate Judge Richard Seeborg
9

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2