**United States District Court**
For the Northern District of California

**\*E-FILED 7/24/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NADER T. AGHA,

        Plaintiff,

v.

OLIVER JACOBS, M.D., et al.,

        Defendants.
_____/

No. C 07-01800 RS

**ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the case management conference set for August 1, 2007 is continued to **October 3, 2007 at 2:30 p.m.**

    The Court's original case schedule is hereby amended as follows:

    1. The last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan shall be September 12, 2007.

    2. The last day to file the Joint ADR certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be September 12, 2007.

    3. The last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve the Case Management Statement, and file and serve Rule 26(f) Report shall be September 26, 2007.

1   Plaintiff shall also serve a copy of this Order on defendants.
2   IT IS SO ORDERED.
3
4   Dated:  July 24, 2007
5
            _____
            RICHARD SEEBORG
            United States Magistrate Judge

1  **THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

Robert Edward Rosenthal, Esq.
Bohnen Rosenthal & Dusenbury
787 Munras Ave., Suite 200
PO Box 1111
Monterey, CA 93942-1111

Dated: July 24, 2007

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg