ROBERT E. ROSENTHAL (Bar# 67343)
DOUGLAS K. DUSENBURY (Bar# 81332)
ALYSSA N. SULLIVAN (Bar#246264)
BOHNEN, ROSENTHAL & DUSENBURY
787 Munras Avenue, Suite 200
P.O. Box 1111
Monterey, CA 93942-1111
Telephone: (831) 649-5551
Facsimile: (831) 649-0272

*E-FILED 6/12/08*

Attorneys for Plaintiff

# UNITED STATES DISCTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NADER T. AGHA,<br><br>    Plaintiff,<br><br>vs.<br><br>OLIVER JACOBS, M.D., MARTIN PARDISAK, M.D. and I.E.S. and DOES 1 to 25 inclusive,<br><br>    Defendants. | Case No: C 07-01800 RS<br><br>REQUEST FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE AND ORDER<br><br>Date: July 9, 2008<br>Time: 2:30 p.m.<br>Court RM: 4 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, NADAR T. AGHA hereby respectfully request that his counsel, Alyssa N. Sullivan, be allowed to appear telephonically at the Case Management Conference scheduled for 2:30 p.m. on July 9, 2008

Counsel for Plaintiff is based in Monterey, California, where plaintiff resides. Counsel would like to appear at the conference by telephone in order to avoid additional attorney's fees accruing from commuting from Monterey to San Jose, California. Accordingly, Plaintiff requests that the court allow his counsel to make a telephonic appearance at the conference.

Respectfully submitted,

Dated: June 10, 2008                    BOHNEN, ROSENTHAL & DUSENBURY

By: /s/ Alyssa Sullivan
Alyssa N. Sullivan, Attorney for Plaintiff

## ORDER

Upon request being made by plaintiff for his counsel to appear at the Case Management Conference scheduled for July 9, 2008, by telephonic appearance and good cause appearing:

IT IS ORDERED that counsel for plaintiff may appear telephonically at the Case Management Conference, scheduled for July 9, 2008.

Counsel shall dial the following number to initiate the call  408/535-5357  .

OTHER ORDERS:

_____

Dated:  June 12, 2008

/s/ Richard Seeborg
HONORABLE RICHARD SEEBORG