*E-Filed 7/1/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NADER T. AGHA,<br><br>　　　Plaintiff,<br>　v.<br><br>OLIVER JACOBS, M.D.; MARTIN PADISAK, M.D.; I.E.S.; and DOES 1 to 25, inclusive,<br><br>　　　Defendants._____/ | NO. 5:07 CV 1800 RS<br><br>**ORDER DENYING REQUEST TO APPEAR AT HEARING BY TELEPHONE** |

THIS MATTER is before the Court on plaintiff Nader T. Agha's request to allow his counsel to appear telephonically at the hearing on his motion for default judgment, scheduled for July 8, 2009, at 9:30 a.m.

As the Court wishes to hear from plaintiff's counsel in person, as well as from any other party who may appear, this request is hereby DENIED.

**IT IS SO ORDERED.**

DATED: 7/1/09

_____
RICHARD SEEBORG
United States Magistrate Judge