**\*E-Filed 7/2/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NADER T. AGHA, | NO. 5:07 CV 1800 RS |
| Plaintiff, | ORDER RE: MOTION HEARING |
| v. | |
| OLIVER JACOBS, M.D.; MARTIN PADISAK, M.D.; I.E.S.; and DOES 1 to 25, inclusive, | |
| Defendants. / | |

THIS MATTER is before the Court *sua sponte*. The papers filed by Plaintiff Nader T. Agha in support of his motion for default judgment include no evidence as to the amount of damages Agha sustained as a direct result of defendants' alleged breach of contract, other than an unverified complaint with a contract attached and a declaration listing fees and costs. In preparation for the hearing on Agha's motion for default judgment, currently scheduled for July 8, 2009, Agha is directed to submit further documentation, affidavits, etc., tending to prove the principal amount of damages he claims to have sustained from the alleged breach, along with a more detailed statement of the attorney's fees incurred.

ORDER RE: MOTION HEARING
CASE NO. 5:07 CV 1800 (RS)

1

IT IS SO ORDERED.

Dated: 7/2/09

_____
RICHARD SEEBORG
United States Magistrate Judge

REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT
CASE NO. 5:07 CV 1800 (RS)

2