**E-FILED on** 09/28/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NADER T. AGHA, | No. C-07-01800 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| OLIVER JACOBS, M.D., MARTIN PADISAK, M.D., I.E.S., and DOES 1 to 25, inclusive, | |
| Defendants. | |

On September 28, 2009 this court entered default judgment in favor of plaintiff Nader Agha and against defendants Oliver Jacobs and I.E.S.. Plaintiff is entitled to $75,000.00 plus $33,000.00 in pre-judgment interest for a total of $108,000.00.

IT IS HEREBY ORDERED THAT defendants shall pay to plaintiff $108,000.00.

DATED: 09/28/09

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-07-01800 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Robert Edward Rosenthal        rrosenthal@mtrylegal.com
Douglas Kent Dusenbury         ddusenbury@mtrylegal.com

**Counsel for Defendants:**

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     09/28/09                                    JAS
                                                **Chambers of Judge Whyte**